UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

EBDALNASSR ALEBW

VERSUS

KRISTI NOEM ET AL

CASE NO.  3:26-CV-00073 SEC P

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 24), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition (Rec. Doc. 1) is **GRANTED**.  Petitioner shall be released as soon as practical, but no later than seven days from this order, and with advance notice to counsel.  The parties shall file a notice of compliance within 24 hours of release.

**THUS, DONE AND SIGNED** in Chambers this 12th day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE